UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSTRY FUND, INTERNATIONAL TRAINING FUND, NATIONAL PENSION FUND, AND THE UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS LOCAL 777 | ) ) ) ) ) ) ) ) ) | Civil Action No. |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| EAST WEST MECHANICAL, LLC AND DAVID TAFT, INDIVIDUALLY | ) ) ) ) | April 2, 2020 |
| Defendant | ) ) ) | |

## COMPLAINT

### PARTIES

1.     Plaintiffs Trustees of the Connecticut Pipe Trades Local 777 Health Fund, Annuity Fund, Connecticut State Pension Fund, Apprentice Training Fund, and Industry Fund (hereinafter referred to as the "Local Funds"), and Plaintiffs Trustees of the United Association of Plumbers and Pipefitters International Training Fund and National Pension Fund (hereinafter referred to as the "National Funds") (jointly the "Funds") are Trustees of multi-employer employee benefit plans as those terms are defined in Sections 3(3)

1

and 3(37) of the Employee Retirement Income Security Act of 1974, (hereinafter referred to as "ERISA," 29 U.S.C. §§ 1002(3) and (37)). The Funds are established and maintained by Restated Agreement and Declaration of Trusts and by a Collective Bargaining Agreement ("CBA") between the United Association of Plumbers and Pipefitters Local 777 and East West Mechanical, LLC, (hereinafter referred to as "East West"). The Local Funds are administered at 1155 Silas Deane Highway, Wethersfield, CT 06109. The National Funds are administered at 103 Oronoco Street, Alexandria, VA 22314.

2.     Plaintiff United Association of Plumbers and Pipefitters Local 777 (hereinafter referred to as the "Union") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. § 152(5).

3.     The Defendant, East West, is doing business under the laws of the State of Connecticut, with an address located at 524 East Street, Suite 4, New Haven, CT 06511.  East West transacts business in the State of Connecticut as a contractor or subcontractor in the plumbing and pipefitting industry and at all relevant times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. §§ 142(l), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. §§ 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001(a).

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT 06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

4.     The Defendant, David Taft, is upon information and belief, the owner and principal officer of East West Mechanical, LLC.

## JURISDICTION

5.     This Court has jurisdiction over this action because it arises under the laws of the United States.  28 U.S.C. § 1331.  Specifically, this Court has jurisdiction over this action under Sections 502 and 515 of ERISA, 29 U.S.C. §§ 1132 and 1145; and under Section 301 of the LMRA, 29 U.S.C. § 185(a).  This is an action for breach of a CBA between an employer and a labor organization representing employees in an industry affecting commerce and to collect delinquent employer contributions due to employee benefit plans under the terms of a CBA and ERISA.

## COUNT I (Breach of Collective Bargaining Agreement and Settlement Agreement)

6.     The Plaintiffs hereby incorporate by reference paragraphs 1-5 of the Complaint as if fully set forth herein.

7.     Defendant East West entered into a CBA with the United Association of Plumbers and Pipefitters Local 777, establishing the terms and conditions of employment for journeyman and apprentice plumbers and pipefitters employed by East West.

8.     Pursuant to the CBA, East West is required to pay to the Funds certain sums of money for each hour worked or paid by employees of Defendant East West covered by the CBA.

3

9.     Said CBA also binds East West to the Funds' Collection Policy, which provides for interest, liquidated damages, reasonable attorney's fees, and sheriff and court costs to be imposed for the collection of any contributions that are not timely paid.

10.     East West employed certain employees covered under the CBA from at least December 2017 to the present.

11.     Defendant East West failed to make contributions to the Funds for work performed at East West's request for the months of December 2017 through February 2018.

12.     On or around April 4, 2019, the Funds, the Union, East West, and David Taft executed a Settlement Agreement whereby East West agreed to pay the Funds and the Union a total of *$34,249.96*, including contributions for the months of December 2017 through February 2018 in the amount of *$32,920.06*, and interest over the course of the Agreement in the amount of *$1,329.90*.

13.     The Settlement Agreement required East West to submit an initial lump sum payment of *$8,562.49* followed by six (6) monthly payments in the amount of *$4,281.25*, with the first payment being due on May 1, 2019 and the final payment being due November 1, 2019.

14.     The Settlement Agreement also included a Personal Guaranty signed by David Taft, guaranteeing punctual payments of all sums due by East West to the Funds and Union.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT 06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

15.     East West submitted various payments towards the agreement for a total of *$10,200.00*.

16.     East West has defaulted on the agreement by failing to submit approximately five (5) payments. Since East West is in a breach of this Agreement, the entire balance of *$24,049.96* is now due and owing, as well as liquidated damages included in the Agreement of *$5,798.02*, for a total of *$29,847.98*. The amounts owed to the Funds and the Union as described in Paragraphs 12-15 is a breach of the Settlement Agreement and Collective Bargaining Agreement.

17.     In addition, East West employed certain employees covered under the CBA throughout the period of June 2019 to the present and ongoing.

18.     Defendant East West failed to make contributions for work performed at East West's request to the National Funds for the period of June 2019 through January 2020 in the total amount of *$55,849.70*. In addition, East West continues to accrue contribution obligations to the Funds for current employment under the CBA.

19.     East West has failed to respond to correspondence from Plaintiffs' Counsel regarding payment of these delinquencies. East West's failure to pay the amounts owed to the Funds on behalf of employees covered by the CBA is a breach of the CBA.

20.     Pursuant to the CBA and the Funds' Collection Policy, East West is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, liquidated damages, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

## COUNT II (Delinquent Contributions under ERISA)

21.     The Plaintiffs hereby incorporate by reference paragraphs 1-20 of the Complaint as if fully set forth herein.

22.     East West's failure to pay the amounts owed to the Funds is a violation of ERISA, 29 U.S.C. § 1145, which requires contributions to be made to multi-employer plans under the terms of a Collective Bargaining Agreement.

23.     Pursuant to 29. U.S.C. § 1132(g)(2) and the Collective Bargaining Agreement, East West is liable to the Plaintiffs for the balance of the settlement agreement, all unpaid delinquent contributions, Union Dues, interest on the unpaid contributions and dues, liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiffs Funds pray for judgment as follows:

A. Ordering East West to submit payment for the balance of the Settlement Agreement in the amount of ***$29,847.98***;

B. Ordering East West pay contributions for the months of June 2019 through January 2020 in the amount of ***$55,849.70*** to the National Funds, as well as any contributions that become due during the pendency and up until the time of Judgment;

C. Ordering East West to make payment of interest and liquidated damages on the unpaid contributions to the Local Funds and National Funds, as well as reasonable attorney's fees, and costs of this action, pursuant to 29 U.S.C. Section 1132(g); and

D. For such other and further relief as the Court may deem appropriate.

6

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

DATED at East Hartford, Connecticut, this 2nd day of April 2020.

ATTORNEY FOR PLAINTIFFS,

By: _____ /s/ Gregory S. Campora _____
Gregory S. Campora, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
Fed. Bar No.: ct 23775
E-mail: gcampora@cheverielaw.com

7

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employment Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 2nd day of April 2020, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD  21201
Attn:  Employee Plans

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
Attn:  Assistant Solicitor for Plan
        Benefits Security

ATTORNEY FOR PLAINTIFFS,


By: /s/ Gregory S. Campora
    Gregory S. Campora, Esq.

8