## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSTRY FUND, INTERNATIONAL TRAINING FUND, NATIONAL PENSION FUND, AND THE UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS LOCAL 777 | Civil Action No. 3:20-cv-00450-SRU |
| **Plaintiffs** | |
| v. | |
| EAST WEST MECHANICAL, LLC AND DAVID TAFT, INDIVIDUALLY | |
| **Defendants** | |

## ORDER ON MOTION FOR DEFAULT JUDGMENT

Defendants East West Mechanical, LLC (hereinafter "East West") and David Taft, individually (hereinafter "David Taft") having failed to plead or otherwise defend in this action and its Default having been entered on August 6, 2020:

Now, upon motion of the Plaintiffs, Exhibits and Affidavits demonstrating that the Plaintiffs' Funds are owed for delinquent contributions, balance on a settlement agreement, interest and liquidated damages; and that Plaintiffs have incurred legal costs and attorneys' fees, it is hereby

ORDERED, ADJUDGED AND DECREED that pursuant to Rule 55(b)(2) of the Rules of Federal Civil Procedure, default judgment shall be entered against Defendants East West and David Taft as to liability for the balance of the Settlement Agreement in the amount of *$19,637.59,* including interest in the amount of *$7,884.34.* In addition, default judgment shall be entered against Defendants East West and David Taft for Delinquent Benefit Fund Contributions owed to the National Funds in the amount of *$66,606.94*, interest in the amount of *$6,272.42*, and liquidated damages in the amount of *$6,821.84*. In addition, default judgment shall be entered against Defendants East West and David Taft for Delinquent Benefit Fund Contributions owed to the Local Funds in the amount of *$30,141.88*, interest in the amount of *$1,539.46,* liquidated damages in the amount of *$6,028.38*, attorney's fees in the amount of *$3,062.50* and legal costs in the amount of *$662.60*. In total, judgment default judgment shall be entered against Defendants East West and David Taft in the total amount of *$148,657.95*.

Dated at Bridgeport, Connecticut, this 11th day of June 2021.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge