UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Trustees of the Connecticut Pipe Trades Local 777 Health Fund,
Annuity Fund, Connecticut State Pension Fund, Apprentice Training Fund
Industry Fund, International Training Fund, National Pension Fund, United Association
of Plumbers and Pipefitters Local 777

       v.                           CASE NO.  3:20cv450(SRU)

East West Mechanical, LLC
David Taft

## J U D G M E N T

This cause came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of Plaintiff's [14] Motion for Default Judgment.

The Court having reviewed all of the papers in conjunction with the motion, on June 11, 2021 entered a [17] ruling granting said motion.  Therefore, it is hereby;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the Plaintiff's against defendants East West Mechanical, LLC and David Taft and the case is closed.

Dated at Bridgeport, Connecticut this 11th of June 2021.

                                              ROBIN D. TABORA, Clerk

                                              By  /s/ Maria Corriette
                                                  Maria Corriette
                                                  Deputy Clerk

Entered on the Docket 06/14/2021